USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                        :

KRISTA MONROE,                        :

                       :          **ORDER**

          Plaintiff,        :

                       :

        -against-       :          1:20-cv-07007 (KHP)

                       :

ANDREW SAUL,                 :
Commissioner of Social Security,    :

                       :

          Defendant.      :

                       :
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

Given that Plaintiff has filed a motion for judgment on the pleadings in lieu of the Joint

Stipulation previously contemplated by the Court (*see* ECF No. 9,) the Court hereby orders that

Defendant's opposition is due June 10, 2021 and Plaintiff's reply is due June 24, 2021.

**SO ORDERED.**

Dated: May 12, 2021
       New York, New York

                           _____
                             KATHARINE H. PARKER
                         United States Magistrate Judge