**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KRISTA MONROE,

            Plaintiff,            20 **CIVIL** 7007 (KHP)

    -v-                       **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER
SOCIAL SECURITY,

            Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 20, 2021, that this action be, and hereby is, reversed and remanded to the Acting Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The decision which is the subject of this action will be vacated. Plaintiff will be afforded a de novo hearing, the opportunity to present additional evidence and witnesses. The Administrative Law Judge will update the administrative record and reevaluate the following: (1) whether Ms. Monroe's Adjustment Disorder, Anxiety Disorder and Neurocognitive disorder were "severe" impairments (2) the medical evidence and opinions of all medical sources; (3) whether her impairments met or equaled the Listings of Impairments, 20 C.F. R. §404.1525, Appendix 1; (4) whether her statements about her symptoms are consistent with the entire record; (5) her residual functional capacity, and (6) whether a significant number of jobs existed in the national economy, and issue a new decision.

**Dated:**  New York, New York
          July 21, 2021

                                                          **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                               **BY:**    *K. Mango*
                                                                 **Deputy Clerk**